# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michelle L. Parker,<br><br>　　　Plaintiff,<br><br>　vs.<br><br>Maximum Title Loans, LLC,<br><br>　　　Defendant. | No. CV 14-01828 PHX MEA<br><br>**ORDER OF DISMISSAL<br>WITH PREJUDICE** |

All of the parties to this matter have consented to the exercise of magistrate judge jurisdiction over the matter, including the entry of final judgment.

Pursuant to the stipulation of dismissal at Doc. 26,

**IT IS ORDERED** that this matter is **dismissed with prejudice, each party to bear its own attorneys' fees and costs.**

DATED this 28th day of April, 2015.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Mark E. Aspey
　　　　　　　　　　　　　　　　United States Magistrate Judge